# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:17cv134

| | |
|---|---|
| RANDALL R. SNYDER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| OHIO ELECTRIC MOTORS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion for Extension of Time [# 15]. The Court **GRANTS** the motion [# 15]. The Court **GRANTS** Plaintiff an extension of time through October 1, 2017, to respond to the pending Motion to Dismiss [# 9].

Signed: September 12, 2017

Dennis L. Howell
United States Magistrate Judge

1